26SL-CC04031
Electronically Filed - St Louis County - May 28, 2026 - 03:16 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | |
|---|---|
| DELENA WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HOLZHAUER,<br><br>Serve at: 806 E Old National Trail<br>Pocahontas, Illinois 62275,<br>and<br><br>HERC RENTALS, INC.,<br><br>Serve at: C T Corporation System<br>5661 Telegraph Rd Ste 4B<br>Saint Louis, Missouri 63129,<br><br>Defendants. | Cause No.:<br><br>Division No.:<br><br>**JURY TRIAL DEMANDED** |

**PETITION**

COMES NOW Plaintiff Delena Williams, by and through her undersigned attorney, and for her cause of action against Defendants John Holzhauer and Herc Rentals, Inc., states as follows:

**JURISDICTION AND VENUE**

1. Plaintiff Delena Williams resides in St. Louis County, Missouri.

2. Defendant John Holzhauer resides in Bond County, Illinois.

3. Venue is proper in this Court pursuant to the Revised Statutes of Missouri, Section 508.010, because the incident that injured Plaintiff occurred in St. Louis County, Missouri.

4. Defendant Herc Rentals, Inc. is a Delaware corporation in good standing and duly registered to do business in the State of Missouri.

Electronically Filed - St Louis County - May 28, 2026 - 03:16 PM

5. At all times relevant herein, Defendant John Holzhauer was working as an agent or employee of Defendant Herc Rentals, Inc.

6. Defendant Herc Rentals, Inc. is therefore vicariously liable for the negligence of Defendant Holzhauer described herein pursuant to respondeat superior.

7. On September 5, 2024, Plaintiff was lawfully operating her vehicle westbound on North Highway Drive in Fenton, Missouri, in the rightmost left turn lane at the intersection of Bowles Aveune.

8. At the same date, time, and location, Defendant Holzhauer, on behalf of Herc Rentals, Inc., was also operating his vehicle westbound on North Highway Drive but in the leftmost left turn lane at the intersection of Bowles Avenue.

9. Both lanes were clearly marked and designated as left-turn-only lanes, prohibiting motorists from proceeding straight through the intersection:

Electronically Filed - St Louis County - May 28, 2026 - 03:16 PM




10. Plaintiff and Defendant Holzhauer were both at a red electric traffic signal at the North Highway Drive and Bowles Avenue intersection.

11. When the electric traffic signal changed to green, Plaintiff began making a left turn onto Bowles Avenue, but Defendant Holzhauer, at the last second, decided to go straight and continue onto North Highway Drive.

12. Defendant Holzhauer's vehicle struck the left driver's side of Plaintiff's vehicle as Plaintiff was making a left turn.

Electronically Filed - St Louis County - May 28, 2026 - 03:16 PM

13. Plaintiff suffered serious injuries in this collision, including injuries to her left knee, left hip, head, and left ankle.

14. Plaintiff's knee injury required surgical repair.

15. As the driver of a vehicle, John Holzhauer owed a duty to operate his motor vehicle with the highest degree of care so as not to needlessly endanger Plaintiff and the public.

16. Defendant breached the duty owed, and acted carelessly or negligently in one or more of the following respects:

a. Defendant failed to keep a vigilant, proper, and careful lookout for other vehicles on the roadway;

b. Defendant negligently and improperly crossed dashed lane-guidance markings extending through the intersection;

c. Defendant failed to drive as nearly as practicable entirely within a single lane and moved from one lane to another without first ascertaining that such movement could be made with safety, thereby negligently violating § 304.015.5(1), RSMo;

d. Defendant negligently and carelessly failed to stop, slacken the speed of, swerve, or turn his motor vehicle to avoid the collision with, and injury to, Plaintiff;

e. Defendant carelessly and negligently struck the side of Plaintiff's vehicle; and

f. Such further acts or omissions which may be revealed during discovery.

17. As a direct and proximate result of the above-described negligence of Defendant, Plaintiff sustained serious and permanent injuries as set forth above.

Electronically Filed - St Louis County - May 28, 2026 - 03:16 PM

18. As a direct and proximate result of the above-described negligence of Defendant, Plaintiff has suffered and will continue to suffer pain and injury.

19. As a direct and proximate result of the above-described negligence of Defendant, Plaintiff has incurred expenses for extensive reasonable and necessary medical care and treatment and will incur additional medical expenses in the future.

WHEREFORE, Plaintiff Delena Williams prays for a judgment against Defendants John Holzhauer and Herc Rentals, Inc. for all her damages, in an amount determined by the jury greater than $25,000.00, for her costs, and for any further and proper relief the Court deems appropriate.

Respectfully submitted,

**CANTOR INJURY LAW, LLC**

David N. Poe, #69282
12283 Olive Boulevard
St. Louis, Missouri 63141
Telephone: (314) 628-9999
Facsimile: (314) 628-9990
david@cantorinjurylaw.com
***Attorney for Plaintiff***